IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEVAN D. WIGGINS
ADC #156573                                                                                   PLAINTIFF

v.                       Case No. 2:18-cv-00117-KGB

WENDY KELLEY, Director
Arkansas Department of Correction, *et al.*                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Devan D. Wiggins' complaint, amended complaint, and second amended complaint are dismissed without prejudice.

So adjudged this the 12th day of July, 2019.

_____
Kristine G. Baker
United States District Judge